THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| IN RE: Geoffrey Phillip and Susan Bowman Eisenstadt, Debtor(s). | Case No. 09-30104 RSS |
| 4723 Calumet Dr. | Chapter 7 |
| Knoxville, TN 37919 | Judge Stair |
| XXX-XX-9856/XXX-XX-5011 | |

**Notice of Appearance and Request for Notice**

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

Robert E. Cooper, Jr.
Attorney General and Reporter

/s/ William McCormick
William McCormick
Assistant Attorney General
BPR No. 12718
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504    Fax: 615-741-3334

CERTIFICATE OF SERVICE

I certify that on _____February 23, 2009_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ William McCormick
William McCormick
Assistant Attorney General

| | | |
|---|---|---|
| Office of the U.S. Trustee | Ann Mostoller | Maurice K. Guinn |
| 800 Market Street | Chapter 7 Trustee | Attorney for the Debtor(s) |
| Suite 114 | 136 South Illinois Ave., Ste. 104 | PO Box 1990 |
| Knoxville, Tennessee 37902 | Oak Ridge, TN 37830 | Knoxville, TN 37901 |